UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| KEITH ABEYTA, | NO: 2:17-CV-0350-TOR |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| BNSF RAILWAY COMPANY, a Delaware corporation, | |
| Defendants. | |

BEFORE THE COURT is the parties' Joint Motion for Dismissal with Prejudice (ECF No. 39). The Court has reviewed the record and files herein, and is fully informed.

The parties have agreed that this action should be dismissed with prejudice and without costs to either party.

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The parties' Joint Motion for Dismissal with Prejudice, ECF No. 39, is **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs to any party.

3. All pending motions, deadlines, hearings and trail are **STRICKEN** as moot.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** May 7, 2019.



THOMAS O. RICE
Chief United States District Judge